**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JENNIFER DORFMEISTER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NORDSTROM, INC.** | : | **NO. 19-1958** |

## ORDER

**NOW**, this 21st day of November, 2019, upon consideration of the Defendant Nordstrom, Inc.'s Motion for Summary Judgment (Document No. 16), the plaintiff's response, the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.